IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUND-ROSS CONSTRUCTORS, Inc., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>VECINO NATURAL BRIDGE, LLC, a Missouri limited liability company;<br><br>Defendant. | **8:19CV550**<br><br>**ORDER** |

The parties have notified the court that scheduled depositions and the mediation scheduled for April 14, 2021 were delayed due to a discovery issue which has now been resolved. As a result, the parties request an extension of the deadline to file motions to compel and a continuance of the scheduled status conference until after the rescheduled mediation, which will take place on June 24, 2021.

Accordingly,

IT IS ORDERED the parties' joint email motion to extend is granted. The progression order is amended as follows:

1) The telephone conference scheduled for April 27, 2021 at 11:00 a.m. to discuss further case progression deadlines, and the trial and pretrial conference setting is <u>continued</u> to **July 1, 2021** at **9:00 a.m.** The conference may be cancelled upon notice from the parties that the mediation was successful.

2) Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by April 28, 2021.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

Dated this 14th day of April, 2021.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge