IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUND-ROSS CONSTRUCTORS, Inc., a Nebraska corporation;<br><br>                  Plaintiff / Counter Defendant,<br><br>   vs.<br><br>VECINO NATURAL BRIDGE, LLC, a Missouri limited liability company;<br><br>                  Defendant / Counter Claimant. | **8:19CV550**<br><br>**ORDER** |

The parties have informed the undersigned magistrate judge that by filing a motion for summary judgment relating to an issue of contractual interpretation, they may be able to streamline the litigation and avoid unnecessary discovery, expenses, and fees.

Accordingly,

IT IS ORDERED:

1) Summary judgment motions on contract interpretation shall be filed on or before August 21, 2021, with response and reply briefing deadlines as stated in this court's Local Rules (see NECivR 7.1).

2) In all other respects, case progression deadlines are stayed pending further order of the court.

3) Within 10 days following a ruling on the anticipated summary judgment motion, Counsel shall contact the undersigned magistrate judge's chambers to schedule a conference call to set new case progression deadlines.

4) The clerk shall set a case management deadline of August 21, 2021 to confirm that the anticipated motion was timely filed.

Dated this 21st day of July, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge