IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUND-ROSS CONSTRUCTORS, Inc., a Nebraska corporation;<br><br>        Plaintiff,<br><br>vs.<br><br>VECINO NATURAL BRIDGE, LLC, a Missouri limited liability company;<br><br>        Defendant. | **8:19CV550**<br><br>**ORDER** |

A second session of the parties' settlement conference was held today. While the case is not settled, a settlement remains possible, and the undersigned magistrate judge will continue to work with the parties to reach a resolution. That said, this federal case is now over three years old, and it needs to be set for trial.

Accordingly,

IT IS ORDERED:

1) A videoconference with counsel only will be held on May 12, 2023 at 1:30 p.m. to discuss further efforts toward settlement. The court will provide videoconferencing instructions prior to that conference.

2) The jury trial of this case is set to commence before Robert F. Rossiter, Jr., United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **September 11, 2023**, or as soon thereafter as the case may be called, for a duration of eight (8) trial days.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 21, 2023** at **9:00 a.m.**, by videoconferencing. Counsel will be provided conferencing instructions to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on August 17, 2023.

Dated this 20th day of April, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge